Norma Chase
301 Third Avenue #1509
Pittsburgh, PA 15222
(412) 232-3989

October 31, 2005

Public Utility Commission
Public Records Section
Commonwealth Keystone Building
400 North Avenue
Harrisburg, PA 17120

Att'n:  Gwen Risser, Public Records Section

Dear Ms. Risser:

I am writing to make a formal request for a photocopy of the transcript of the January 13, 2005 public meeting of the PUC.  I will be happy to pay the cost of copying.  If you tell me the cost, I will send a money order.

I previously e-mailed you about this transcript, and you advised me that I would have to get it from the court reporter.  I happen to have some life experience with court proceedings and I have some idea what court reporters charge for copies of transcripts.

You have been very courteous and I appreciate that.  However, I believe that, as a citizen, I have a right to a copy of this document.

Thank you for your consideration.

Yours truly,

s / Norma Chase

Norma Chase