

Electricity ▸ Natural Gas ▸ Telecommunications ▸ Water ▸ Tr

**Pennsylvania Public Utility Commission**

Home | Site Map | C

**General Navigation**

- Search for Documents
- Announcements
- Prepare Now for Winter
- Meet Commissioners
- Staff Directory
- Press Releases
- File Complaints
- Obtain/File Information
- Public Meeting Calendar
- Daily Actions & Hearings
- Online Forms
- Publications & Reports
- Consumer Education
- Regulatory Information
- Career Opportunities
- Utility Choice
- InfoMAP

## New Cases, Daily Actions & Hearings

Home \ New Cases, Daily Actions & Hearings

Feel free to email us your comments, compliments or suggestions for this page.

Information is available beginning from Jan. 1, 2002.

**New Case Online Search** (Click to expand)
This search allows you to find new cases posted on a particular date and to see a brief description of a case.

**Daily Actions Online Search** (Click to expand)
This search allows you to see all PUC activity posted on a particular date, or to see all of the entries for a specific case.

**Hearing Calendar**
The calendar allows you to view the schedule for the PUC's administrative law judge's hearings for a particular week.

**Transcripts & Court Reporting Information**

The PUC does not handle transcripts from public meetings or hearings. You must contact the court reporting firm.

For copies of transcripts, please contact the appropriate company that is provided below:

**Commonwealth Reporting Company**
700 Lisburn Road
Camp Hill, PA 17011
(717) 761-7150
Fax: (717) 761-7851

**Precision Reporting, Inc.**
230 South Broad Street, 11th Floor
Philadelphia, PA 19102
(215) 731-9847

**Sargents Court Reporting Service, Inc.**
210 Main Street
Johnstown, PA 15901
(800) 727-4349
Fax: (814) 536-4968

About PUC | Feedback

Announcements | Meet Commissioners | Staff Directory | Press Releases | File Complaints | Obtain/File Information |
Public Meeting Calendar | Daily Actions & Hearings | Online Forms | Publications & Reports | Consumer Education |
Regulatory Information



©2005 Pennsylvania Public Utility Commission

Many documents on this website are PDF documents. If you would like to download Adobe Acrobat Reader for free, click on the icon